

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00715-CV

_____

IN RE K-W SPECIALTY INSURANCE COMPANY, Relator

Original Proceeding
67th District Court of Tarrant County, Texas
Trial Court No. 067-341616-23

Before Sudderth, C.J; Birdwell and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and emergency motion for temporary relief as well as real party in interest's response to the emergency motion for temporary relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and emergency motion for temporary relief are denied.

Per Curiam

Delivered: December 23, 2025